UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

| CASE NO. | STYLE OF ACTION |
|---|---|
| 14-03 | JEFFERY JOHNSON, ET AL V. CAPITAL ONE AUTO FINANCE, INC., ET AL |
| 14-54 | MARK BURDEN V. GRANT COUNTY FISCAL COURT, ET AL |
| 14-63 | KATHARIN HICKS V. UNITED PARCEL SERVICE, INC. |
| 14-64 | JOHN P. ROTH, JR. V. FORD MOTOR COMPANY |
| 14-74 | GEORGE EDWARD WILLIAMS V. HOWELL CONTRACTORS, INC., ET AL |
| 14-81 | KATHY MOUGHLER, ET AL V. ABBOTT LABORATORIES |

- **O R D E R** -

The Court having reviewed the records in the above-styled actions and coming to the conclusion that said actions should be placed on the Court's next Docket Call,

**IT IS ORDERED** that said Docket Call be, and hereby is, set for **WEDNESDAY, SEPTEMBER 10, 2014 AT 1:00 P.M.**, to be held at the United States Courthouse, 35 West Fifth Street, Covington, Kentucky in the 5th Floor Courtroom.

This 22nd day of August, 2014.



Signed By:
*William O. Bertelsman*  WOB
United States District Judge