UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON
CIVIL MINUTES – GENERAL

CASE NO. 2:14-54-WOB-JGW     at COVINGTON          SEPTEMBER 10, 2014

Style: MARK BURDEN V. GRANT COUNTY FISCAL COURT, ET AL.

Present:    HON. WILLIAM O. BERTELSMAN, JUDGE

| Elaine Oldiges | Joan Averdick | Chase Teeples/Laura Erdman |
|---|---|---|
| (Deputy Clerk) | (Court Reporter) | (Law Clerks) |

ATTORNEY PRESENT FOR PLAINTIFF     ATTORNEYS PRESENT FOR DEFENDANTS

Christopher Thacker                Claire Parsons on behalf of Jeff Mando
                                   Brent Caldwell
                                   Colleen Hartley


**PROCEEDINGS:  DOCKET CALL:**

On September 10, 1014 the above-styled case was called for a Status Conference. Accordingly;

   **IT IS ORDERED**:

1. Discovery shall be completed on or before **MARCH 10, 2015** with joint or separate Status Reports due the same date.

2. Dispositive motions shall be filed on or before **APRIL 10, 2015.**


Although documents must now be filed electronically with the Court Clerk, a paper court courtesy copy must be provided to CHAMBERS within 48 hours of the filing of the brief or memorandum in support of any motion, where such brief or memorandum (including any attached exhibits) exceeds 10 pages.

                                                                 (eco)

TIC   11 mins.