**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION AT COVINGTON**
**CASE NO. 2:14-CV-54-WOB-JGW**

| | |
|---|---|
| **MARK BURDEN, In His Capacity as Personal Representative of the Estate of and Next Friend of Danny Ray Burden, Deceased** )<br>)<br>)<br>)<br>**Plaintiff,** )<br>)<br>**v.** )<br>)<br>**GRANT COUNTY FISCAL COURT,** )<br>**GRANT COUNTY, KENTUCKY,** *et al.* )<br>)<br>**Defendants.** ) | <u>**NOTICE OF SERVICE**</u> |

**\*\*\*   \*\*\*   \*\*\*   \*\*\***

Defendants, Advanced Correctional Healthcare, Inc., Celeste Kiefner (Nurse), Edna M. Harrison (Nurse), Unknown Employees of Advanced Correctional Healthcare, Inc., and Dr. Nadir Al-Shami (Doctor), by counsel, hereby give notice that, on Tuesday, September 30, 2014, they served their Initial Disclosures upon counsel of record, pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure.

                                Respectfully submitted,
                                <u>*/s/Colleen C. Hartley*</u>
                                Tracy S. Prewitt
                                Colleen C. Hartley
                                O'BRYAN, BROWN & TONER, PLLC
                                1500 Starks Building
                                455 South Fourth Street
                                Louisville, Kentucky  40202
                                502.585.4700
                                502.585.4703 (fax)
                                tprewitt@obtlaw.com
                                hartleyc@obtlaw.com
                                *Counsel for Defendants, Advanced Correctional Healthcare, Inc., Celeste Kiefner (Nurse), Edna M. Harrison (Nurse), Unknown Employees of Advanced Correctional Healthcare, Inc., and Dr. Nadir Al-Shami (Doctor)*

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of September, 2014, I electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record: Christopher L. Thacker: cthacker@blfky.com; Gary W. Thompson: gthompson@blfky.com; John Nathan Billings: nbillings@blfky.com; aduncan@blfky.com; Jeffrey C. Mando: jmando@aswdlaw.com; ccyrus@aswdlaw.com; Jennifer Haddad Langen: jlangen@aswdlaw.com; cwalkley@aswdlaw.com; and Brent L. Caldwell: bcaldwell@caldwelllawyers.com; ncaldwell@caldwelllawyers.com.

*/s/Colleen C. Hartley*
*Counsel for Defendants, Advanced Correctional Healthcare, Inc., Celeste Kiefner (Nurse), Edna M. Harrison (Nurse), Unknown Employees of Advanced Correctional Healthcare, Inc., and Dr. Nadir Al-Shami (Doctor)*