UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

MARK BURDEN, In His Capacity as )
Personal Representative of the Estate of and ) Case No. 2:14-CV-00054-WOB-JGW
Next Friend of Danny Ray Burden, Deceased )
)
    PLAINTIFF, )
) **NOTICE OF DEPOSITION**
v. )
)
GRANT COUNTY FISCAL COURT, )
GRANT COUNTY, KENTUCKY, et al. )
)
    DEFENDANTS. )

\*\*\* \*\*\* \*\*\* \*\*\*

PLEASE TAKE NOTICE that the Plaintiff, Mark Burden, by counsel, will take the deposition of Dr. Nadir Al-Shami ("Deponent") on Friday**, June 19, 2015, at the hour of 10:00 a.m. (EST)** at the office of O'Bryan, Brown & Toner, Suite 1500 Starks Building, 455 South Fourth Street, Louisville, KY.

Said deposition will be taken by stenographic and/or videographic means pursuant to the Federal Rules of Civil Procedure and before a Court Reporter or other authorized representative of the Court. The deposition will continue day to day until completed and shall be for purposes of discovery, for use at trial and for all other purposes under the Federal Rules of Civil Procedure.

    Respectfully submitted:

    */s/ Christopher L. Thacker*
    Billings Law Firm, PLLC
    111 Church Street, Suite 200
    Lexington, Kentucky 40507
    Telephone: (859) 225.5240
    Facsimile: (859) 225.5241
    nbillings@blfky.com
    *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 23, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

                                      */s/ Christopher L. Thacker*