**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION AT COVINGTON**
**CASE NO. 2:14-CV-54-WOB-JGW**

| | |
|---|---|
| **MARK BURDEN, In His Capacity as** ) | |
| **Personal Representative of the Estate of and** ) | |
| **Next Friend of Danny Ray Burden, Deceased** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **NOTICE OF SERVICE** |
| ) | |
| **GRANT COUNTY FISCAL COURT,** ) | |
| **GRANT COUNTY, KENTUCKY,** *et al.* ) | |
| ) | |
| **Defendants.** ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Defendants, Advanced Correctional Healthcare, Inc., Celeste Kiefner (Nurse), Edna M. Harrison (Nurse), Unknown Employees of Advanced Correctional Healthcare, Inc., and Dr. Nadir Al-Shami (Doctor), by counsel, hereby give notice that, on Tuesday, January 27, 2015, they served Defendant, Nurse Celeste Kiefner's, Verified Responses to Plaintiff's First Set of Interrogatories and Requests for Production of Documents upon counsel of record, pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure.

             Respectfully submitted,
             */s/Colleen C. Hartley*
             Tracy S. Prewitt
             Colleen C. Hartley
             O'BRYAN, BROWN & TONER, PLLC
             1500 Starks Building
             455 South Fourth Street
             Louisville, Kentucky  40202
             502.585.4700
             502.585.4703 (fax)
             tprewitt@obtlaw.com
             hartleyc@obtlaw.com
             *Counsel for Defendants, Advanced Correctional Healthcare, Inc., Celeste Kiefner (Nurse), Edna M. Harrison (Nurse), Unknown Employees of Advanced Correctional Healthcare, Inc., and Dr. Nadir Al-Shami (Doctor)*

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of January, 2015, I electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record: John Nathan Billings: nbillings@blfky.com; Christopher L. Thacker: cthacker@blfky.com; Amy Duncan: aduncan@blfky.com; Jeffrey C. Mando: jmando@aswdlaw.com; Jennifer Haddad Langen: jlangen@aswdlaw.com; Tricia Kenaley: tkenaley@aswdlaw.com; Christy Walkley: cwalkley@aswdlaw.com; and Brent L. Caldwell: bcaldwell@caldwelllawyers.com; ncaldwell@caldwelllawyers.com.

*/s/Colleen C. Hartley*
*Counsel for Defendants, Advanced Correctional Healthcare, Inc., Celeste Kiefner (Nurse), Edna M. Harrison (Nurse), Unknown Employees of Advanced Correctional Healthcare, Inc., and Dr. Nadir Al-Shami (Doctor)*