UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON
CIVIL ACTION NO. 14-54-WOB-JGW

MARK BURDEN                                                                              PLAINTIFF

V.

GRANT COUNTY FISCAL COURT, et al.                                     DEFENDANTS

ORDER

Pending is a joint motion to extend deadlines. Doc. 53. The parties assert that they need additional time to complete discovery in this wrongful death action due to, among other reasons, the multiple number of defendants (and counsel), as well as counsel's busy schedules. Because of the joint nature of the motion and the fact that no previous extensions have been granted, the Court will grant the joint motion. However, in light of the generous nature of the extensions herein, the Court is strongly disinclined to grant any future extensions.

Accordingly,

**IT IS ORDERED**:

1. The joint motion to extend deadlines (doc. 53) is **granted**; and

2. Fact discovery shall be completed by August 31, 2015, with joint or separate status reports to be filed that same date; and

3. Motions to join parties or amend pleadings shall be filed no later than September 15, 2015; and

4. Plaintiff shall disclose his experts and provide reports thereof by October 30, 2015; defendants shall disclose their experts and provide reports thereof by December 30, 2015. Expert discovery shall be completed by February 15, 2016, with joint or separate status reports to be filed that same date; and

5. All dispositive and/or *Daubert* motions shall be filed no later than March 31, 2016.

This the 2nd day of March, 2015.

Signed By:
**J. Gregory Wehrman**
United States Magistrate Judge