Eastern District of Kentucky
**F I L E D**

MAR 17 2015

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON
*Electronically Filed*

| | |
|---|---|
| MARK BURDEN, In His Capacity as Personal Representative of the Estate of and Next Friend of Danny Ray Burden, Deceased<br><br>PLAINTIFF,<br><br>v.<br><br>GRANT COUNTY FISCAL COURT, GRANT COUNTY, KENTUCKY, et al.<br><br>DEFENDANTS. | Case No. 2:14-CV-00054-WOB-JGW |

\*\*\* \*\*\* \*\*\* \*\*\*

### ORDER DISMISSING INIDVIDUAL DEFENDANTS
### JESSICA DAWN JUMP, LIAM MCCARTHY, AND JASON A. HANKINS

Plaintiff Mark Burden and Defendants Jessica Dawn Jump, Liam McCarthy, and Jason A. Hankins, each by and through counsel, having jointly moved for the dismissal of all claims against the individual Defendants Jessica Dawn Jump, Liam McCarthy, and Jason A. Hankins, and the Court being otherwise sufficiently advised, all claims against Jessica Dawn Jump, Liam McCarthy, and Jason A. Hankins, are hereby **DISMISSED** without prejudice.

This 17th day of March, 2015.

_____
WILLIAM O. BERTELSMAN
UNITED STATES DISTRICT JUDGE