Eastern District of Kentucky
**F I L E D**

MAR 17 2015

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON
*Electronically Filed*

| | |
|---|---|
| MARK BURDEN, In His Capacity as Personal Representative of the Estate of and Next Friend of Danny Ray Burden, Deceased<br><br>PLAINTIFF,<br><br>v.<br><br>GRANT COUNTY FISCAL COURT, GRANT COUNTY, KENTUCKY, et al.<br><br>DEFENDANTS. | Case No. 2:14-CV-00054-WOB-JGW |

*** *** *** ***

### ORDER DISMISSING INDIVIDUAL DEFENDANTS RICHARD CLISE, LISA MENTRUP, TONYA BEAGLE, MEGAN TEETERS, BARRY GREEN, ROBERT HOWELL, ERIC MORRIS, FRED JERNIGAN AND ADAM WHITNEY

Plaintiff Mark Burden and Defendants Richard Clise, Lisa Mentrup, Tonya Beagle, Megan Teeters, Barry Green, Robert Howell, Eric Morris, Fred Jernigan and Adam Whitney, each by and through counsel, having jointly moved for the dismissal of all claims against the individual Defendants Richard Clise, Lisa Mentrup, Tonya Beagle, Megan Teeters, Barry Green, Robert Howell, Eric Morris, Fred Jernigan and Adam Whitney, and the Court being otherwise sufficiently advised, all claims against J Richard Clise, Lisa Mentrup, Tonya Beagle, Megan Teeters, Barry Green, Robert Howell, Eric Morris, Fred Jernigan and Adam Whitney, are hereby **DISMISSED** without prejudice.

This 17th day of March, 2015.

*[signature]*
WILLIAM O. BERTELSMAN
UNITED STATES DISTRICT JUDGE